# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLOR C. UPHAM,<br><br>Defendant. | PO 20-5027-BLG-TJC<br><br>Violation No. FBDG006V<br>Location Code: M6H<br><br>ORDER |

Upon review of the docket and good cause appearing,

IT IS HEREBY ORDERED that the payment received on July 25, 2020, shall be accepted as payment in full for the Forfeiture Amount and Processing Fee associated with Violation No. FBDG006V issued to Tylor C. Upham on March 7, 2020.

IT IS FURTHER ORDERED that the Violation Notice is deemed fully adjudicated and the warrant issued on July 15, 2020 for Tylor C. Upham regarding Violation No. FBDG006V shall be QUASHED.

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 27th day of July, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge